IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JOHN STONE, SR., et al., | * | |
| Plaintiffs, | * | |
| v. | | Case No. 5:26-cv-334 (MTT) |
| | * | |
| JESSE WARREN TURNER, et al., | | |
| | * | |
| Defendants. | | |
| | * | |

**JUDGMENT**

Pursuant to this Court's Order dated September 3, 2026, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Butts County, Georgia.

This 30th day of September, 2026.

David W. Bunt, Clerk

s/ Kami D. Seward, Deputy Clerk